# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| IN RE MISSION HEALTH ANTITRUST LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-MC-00003-MR |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RESPONDENT BLUE CROSS BLUE SHIELD OF NORTH CAROLINA.

Date: 02/12/2025

/s/ Camden R. Webb
*Attorney's signature*

Camden R. Webb, NC Bar # 22374
*Printed name and bar number*

Williams Mullen
301 Fayetteville St., Suite 1700
Raleigh, NC 27601

*Address*

crwebb@williamsmullen.com
*E-mail address*

(919) 981-4000
*Telephone number*

(919) 981-4300
*FAX number*